UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CHRISTOPHER YATOOMA,**
**CARRIE YATOOMA,**

    Plaintiffs,

                                                                                           Civil No. **09-13484**
                                                                                         Hon. John Feikens

    v.


**JP MORGAN CHASE BANK, N.A.**

    Defendant.

_____/


**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**


      The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **7/23/2010,** and noted that no objections were filed by either party,

      **IT IS ORDERED** that the Report is adopted and entered as the findings and conclusions of this court.


                                                **s/John Feikens**
                                                John Feikens
                                                United States District Judge


Dated:  August 23, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 23, 2010.

s/Carol Cohron
Deputy Clerk